IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KRISTEN BINNS,

                Plaintiff,

v.                                                                     Civil Action No. 3:11cv819-JAG

H&P CAPITAL, INC.,

                Defendant.

## ORDER

THIS MATTER is before the Court on the notice of voluntary dismissal (Dk. No. 5) filed by the plaintiff on April 20, 2012.  Accordingly, the Court hereby DISMISSES the case without prejudice.  This case shall be closed for administrative purposes.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                                        /s/
                                                  John A. Gibney, Jr.
Date: April 23, 2012                          United States District Judge
Richmond, VA